UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 06-20129-CIV-MARTINEZ-BANDSTRA**

HOUSING OPPORTUNITIES PROJECT
FOR EXCELLENCE, INC., et. al.,
    Plaintiffs,

vs.

KEY COLONY NO. 4 CONDOMINIUM
ASSOC., INC. a/k/a BOTANICA, et. al.,
    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE MOTIONS FOR SUMMARY JUDGMENT AND ORDER CANCELLING CALENDAR CALL AND TRIAL DATE

THIS CAUSE came before the Court upon review of the parties' summary judgment motions. As stated on the record at the hearing on July 9, 2007, the Court finds the parties' motions for summary judgment unworkable; however, the Court will allow the parties to refile their motions. In refiling the motions for summary judgment all parties shall cite to the record when a fact is mentioned. In addition, in this case, Defendants have filed seven separate motions for summary judgment. Defendants shall refile only one motion for summary judgment. Such motion shall begin by stating the facts that are applicable to all of the Defendants and then may be broken down to include specific fact sections relative to each specific Defendant. Plaintiff shall organize their response in a similar manner. Therefore, after careful consideration, it is hereby:

    **ORDERED and ADJUDGED** that

    1.    Plaintiff's Motion for Partial Summary Judgment **(D.E. No. 151)** is **DENIED without prejudice**.

    2.    Defendants' Motion for Final Summary Judgment **(D.E. No. 156)** is **DENIED without prejudice**.

    3.    Defendant Michael McCoy's Motion for Summary Judgment on Personal Liability

and Punitive Damages **(D.E. No. 143)** is **DENIED without prejudice**.

4.     Defendant Arthur Hanlon's Motion for Summary Judgment **(D.E. No. 148)** is **DENIED without prejudice**.

5.     Defendant Morton Pollack's Motion for Summary Judgment **(D.E. No. 149)** is **DENIED without prejudice**.

6.     Defendant Charles Nash's Motion for Summary Judgment **(D.E. No. 153)** is **DENIED without prejudice**.

7.     Defendant Maria Bueno's Motion for Summary Judgment **(D.E. No. 154)** is **DENIED without prejudice**.

8.     Defendant Carol Pasch's Motion for Final Summary Judgment **(D.E. No. 155) is DENIED without prejudice.**

9.     **On or before August 3, 2007**, the parties shall refile their motions for summary judgment. Plaintiffs and Defendants shall each file one motion for summary judgment. **On or before August 24, 2007**, the parties shall file responses to any motions for summary judgment filed. **On or before August 31, 2007**, the parties shall file replies to any motions for summary judgment filed. Service of all motions, responses, and replies shall be by fax or other electronic means. The parties' motions for summary judgment and the responses to such motions shall not exceed fifty pages. This page limit includes space for the parties to incorporate their numbered statement of facts. The reply memorandums shall not exceed fifteen pages. In addition, on the date a motion for summary judgment, response to a motion for summary judgment, or reply to such a response has been filed, the parties shall hand-deliver a copy of such filing to Judge Martinez's chambers. The parties shall also hand-deliver a copy of any documents or exhibits cited to in any such motion for summary judgment, any response to a motion for summary

judgment, or any reply to such response.[1]  The courtesy copies of such documents or exhibits are due on the date that the motion, response, or reply is due.  **All motions, responses, and replies shall be in Times New Roman 12-point font and double-spaced with one-inch margins.**

10.    The previous calendar call and trial dates are hereby **CANCELLED**.  If necessary, trial will be reset by separate order.  The Court notes that all deadlines in this case have expired and no deadlines other than the deadline relating to the refiling of the motions for summary judgment has been extended by this Order.

DONE AND ORDERED in Chambers at Miami, Florida, July ___9th___, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

----

[1] No other courtesy copies of any other filings should be delivered to the Court unless specifically requested.